**Ziaur Rahman OMAR, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 04–60078.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 23, 2005.

David V. Bernal, Thomas Ward Hussey, Director, Margaret Kuehne Taylor, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Ziaur Rahman Omar, a native and citizen of Afghanistan, petitions this court for review of the Board of Immigration Appeals' (BIA) decision denying his application for asylum and withholding of deportation. In rejecting Omar's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Omar lacked credibility. We hold that the IJ's credibility findings were reasonable and supported by substantial evidence. *See Chun v. INS,* 40 F.3d 76, 79 (5th Cir.1994). Accordingly, Omar's pro se petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.